ORDER ON REHEARING
Before: FABE, Chief Justice, STOWERS, Justice, and CARPENETI, Senior Justice * [WINFREE, MAASSEN, and BOLGER, Justices, not participating]
In our recent opinion in this case we stated, among other things, that on remand to the superior court, appellee Merdes & Merdes, P.C. "may seek to recover any fees it believes are owed under a theory of quantum meruit."** Leisnoi filed a petition for rehearing asking us to strike this statement. The petition is DenigD. Merdes may seek recovery in quantum meruit, but Leisnoi is also free to raise its argument in the superior court that the remedy of quantum meruit is unavailable in light of the doctrine of res judicata and the statute of limitations. These and related issues are matters for the superior court to address; we express no opinion whether Merdes is entitled to the remedy of quantum meruit.

 Leisnoi, Inc. v. Merdes & Merdes, P.C., 307 P.3d 879, 2013 WL 386373 at 12 (Alaska Feb. 1, 2013).